IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM BILLY TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:13CV39 |
| ) | 1:08CR211-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On June 27, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (Doc. 77) to the Recommendation within the time limit prescribed by Section 636.

The court has reviewed those portions of the Recommendation to which Petitioner has objected and conduct a *de novo* determination. The court finds the objections do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 75), which is affirmed and adopted.

IT IS THEREFORE ORDERED that the stay previously entered in this case is LIFTED, Petitioner's Motion to vacate, set aside or correct sentence (Doc. 56), as supplemented and amended, is DENIED, and this action is DISMISSED, and that, finding neither a substantial issue for appeal concerning the denial of a

constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

/s/   Thomas D. Schroeder
United States District Judge

October 5, 2016